# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CODY LEE ANDERSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:21-CV-1472 RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of movant's filing in this case. Cody Lee Anderson is currently incarcerated in federal custody after being sentenced by this Court on October 27, 2017, to 144 months' imprisonment for one charge of felon in possession of a firearm. *United States v. Anderson*, No. 4:17-CR-23-RWS-1 (E.D. Mo. Oct. 27, 2017). Movant initiated this action by filing a document with the Court titled, "Complaint." As such, movant's letter has been construed as seeking relief under 28 U.S.C. § 2255. However, the letter is defective as a § 2255 motion because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). The Clerk of Court will be directed to send movant the Court form for § 2255 motions and movant will have twenty-one (21) days to file an amended motion on the form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to movant a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that movant shall file an amended motion on the Court-provided form within **twenty-one (21) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 16th day of December, 2021.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE